# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LEE PORTER SLOAN, *et al.*,** ) | **CASE NO. 4:06CV0339** |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| v. ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **MILDRED F. STILES,** ) | |
| ) | **ORDER** |
| **DEFENDANT.** ) | |
| ) | |

On February 13, 2006, Plaintiffs filed the instant Complaint and Motion for Prejudgment Attachment or, in the alternative, Temporary Restraining Order. The Court, *sua sponte*, raised the issue of subject matter jurisdiction. Accordingly, the Plaintiffs shall **show cause** on or before **Monday, February 20, 2006** why this case should not be dismissed for lack of subject matter jurisdiction in light of the probate exception to federal court jurisdiction. Markham v. Allen, 326 U.S. 490 (1946).

**IT IS SO ORDERED.**

**/s/ Peter C. Economus - February 13, 2006**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**